# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*

**MAGISTRATE JUDGE PEPE**

**07 - 11702**
**SEAN F. COX**

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

Michigan Paralyzed Veterans of America

vs.

**Defendant(s) Name**

The University of Michigan

**Plaintiff's attorney, address and telephone:**

Richard H. Bernstein (P58551)
David M. Cohen (P55883)
Law Offices of Samuel I. Bernstein
31100 Northwestern Highway
Farmington Hills, MI 48334
(248) 865-0875

**Name and address of defendant being served:**

The University of Michigan
c/o Office of the Vice-President and General Counsel
4010 Fleming Bldg.
503 Thompson St., Ann Arbor, MI 48109
(734) 764-0304

To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**FILED**
APR 27 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

David J. Weaver
Clerk of the Court

By: _____
     Deputy Clerk

APR 27 2007
Date of Issuance

INT-0131-MIE-REV. 12/93 06/99

PAGE 1 OF 2

Dockets.Justia.com

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: University of Michigan %o Catherine Rector Office of General Counsel

Date of service: Thursday 4/19/07 11:25AM

**Method of Service**

☑ Personally served at this address: 503 Thompson #5010 Ann Arbor, MI. 48109

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees: Travel $ _____ Service 105.00 Total $105.00

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

4/20/07
Date

Signature of server: MICHAEL GREGORY HOVSEPIAN
PROCESS SERVER

Server's printed name

P.O. BOX 2307 Southfield, MI 48037
Server's address

LESTATS LEGAL SUPPORT, INC.
P.O. BOX 2307
SOUTHFIELD, MI 48037

Catherine Rector
CATHERINE RECTOR
Office of the General Counsel
4/19/07  11:25am