Michigan Paralyzed Veterans of America v. University of Michigan　　Doc. 3
Case 2:07-cv-11702-SFC-SDP   Document 3   Filed 05/02/2007   Page 1 of 1
MIE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHIGAN PARALYZED VETERANS OF AMERICA,
        Plaintiff(s),

CASE NUMBER: 07-11702

HONORABLE SEAN F. COX

v.

THE UNIVERSITY OF MICHIGAN,
        Defendant(s).
_____/

## NOTICE OF:
## STATUS CONFERENCE

You are hereby notified to appear before the Honorable Sean F. Cox, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 257 |
|---|---|---|
| **TUESDAY, MAY 15, 2007** | 10:00 a.m. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

**\*\*Plaintiff's counsel must notify counsel for defendant of the above conference at least 7 days prior to the scheduled date and file a proof of service of same \*\***

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon counsel of record on this date May 2, 2007 by ordinary mail and/or electronic mail.

Date: May 2, 2007

s/ Jennifer Hernandez
Deputy Clerk    313-234-2650