IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PARALYZED VETERANS
OF AMERICA,

    Plaintiff,

vs.

THE UNIVERSITY OF MICHIGAN,

    Defendant.

Case No. 07-11702
Honorable Sean F. Cox
Magistrate Judge Pepe

---

| LAW OFFICES OF SAMUEL I. BERNSTEIN | BUTZEL LONG, PC |
|---|---|
| RICHARD H. BERNSTEIN (P58551) | KEEFE A. BROOKS (P31680) |
| DAVID M. COHEN (P55883) | KATHERINE D. GOUDIE (P62806) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 31100 Northwestern Highway | Stoneridge West |
| Farmington Hills, Michigan 48334 | 41000 Woodward Avenue |
| (248) 737-8400 | Bloomfield Hills, Michigan 48304 |
| | (248) 258-1616 |

## APPEARANCE AND NOTICE OF APPEARANCE

To:   Clerk of the Court

      Richard Bernstein, Esq.
      David M. Cohen, Esq.
      Law Offices of Samuel I. Bernstein
      31100 Northwestern Highway
      Farmington Hills, MI 48334

      Please enter the Appearance of Butzel Long, by Keefe A. Brooks (P31680) and Katherine Goudie (P62806) as counsel for Defendant The University of Michigan in the above reference matter and please take notice that Butzel Long has this date entered its appearance as counsel for Defendant The University of Michigan.

                                       Respectfully submitted,

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS

Butzel Long, a Professional Corporation

By: \_\_\_\S\ Katherine D. Goudie\_\_\_\_
Keefe A. Brooks (P31680)
Katherine D. Goudie (P62806)
Attorneys for Defendant
Stoneridge West
41000 Woodward Ave
Bloomfield Hills, MI 48304
P (248) 258-1616
F (248) 258-1439
goudie@butzel.com

May 4, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he served a copy of the foregoing Appearance and Notice of Appearance on May 4, 2007 on all counsel of record in accordance with this Court's policies and procedures for service of electronically filed documents.

Butzel Long, a Professional Corporation

By: \_\_\S\ Katherine D. Goudie\_\_
Keefe A. Brooks (P31680)
Katherine D. Goudie (P62806)
Attorneys for Defendant
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
P (248) 258-1616
F (248) 258-1439
goudie@butzel.com

May 4, 2007

BUTZEL LONG, A PROFESSIONAL CORPORATION, ATTORNEYS AND COUNSELORS