IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PARALYZED VETERANS
OF AMERICA,

          Plaintiff,

  v.                                              Case No. 07-11702
                                                Hon. Sean F. Cox

THE UNIVERSITY OF MICHIGAN,

          Defendant.
_____/

RICHARD H. BERNSTEIN (P58551)
DAVID M. COHEN (P55883)
LAW OFFICES OF SAMUEL I. BERNSTEIN
Attorneys for Plaintiffs
31100 Northwestern Highway
Farmington Hills, MI 48334
248-737-8400

BUTZEL LONG, P.C.
KEEFE A. BROOKS (P31680)
KATHERINE D. GOUDIE (P62806)
Attorneys for Defendant
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
_____/

**PROOF OF SERVICE**

STATE OF MICHIGAN      )
                               )ss.
COUNTY OF OAKLAND    )

        DAVID M. COHEN, deposes and says that on the 7th day of May, 2007, he served a copy

of Notice of Status Conference and this Proof of Service upon counsel for Defendant::

                              BUTZEL LONG, P.C.
                              KEEFE A. BROOKS
                            KATHERINE D. GOUDIE
                                 Stoneridge West
                            41000 Woodward Avenue
                            Bloomfield Hills, MI 48304

by electronic mail.

                                                    s/David M. Cohen
                                                    DAVID M. COHEN