IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PARALYZED VETERANS
OF AMERICA,

        Plaintiff,

v.

THE UNIVERSITY OF MICHIGAN,

        Defendant.
_____/

Case No. 07-11702
Hon. Sean F. Cox
Magistrate Judge Pepe

RICHARD H. BERNSTEIN (P58551)
DAVID M. COHEN (P55883)
LAW OFFICES OF SAMUEL I. BERNSTEIN
Attorneys for Plaintiffs
31100 Northwestern Highway
Farmington Hills, MI 48334
248-737-8400

BUTZEL LONG, P.C.
KEEFE A. BROOKS (P31680)
KATHERINE D. GOUDIE (P62806)
Attorneys for Defendant
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES**

    NOW COMES the Plaintiff, MICHIGAN PARALYZED VETERANS OF AMERICA by and through its attorneys, **LAW OFFICES OF SAMUEL I. BERNSTEIN**, by RICHARD A. BERNSTEIN, and for its Response to Defendant's Affirmative Defenses dated May 21, 2007, states as follows:

    1.    In response to Paragraph 1 of Defendant's Affirmative Defenses, Plaintiff denies

1

same for the reason that it is not true.

    2.    In response to Paragraph 2 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    3.    In response to Paragraph 3 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    4.    In response to Paragraph 4 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    5.    In response to Paragraph 5 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    6.    In response to Paragraph 6 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    7.    In response to Paragraph 7 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    8.    In response to Paragraph 8 of Defendant's Affirmative Defenses, Plaintiff denies same for the reason that it is not true.

    9.    Improper under Federal Court Rules.

LAW OFFICES OF SAMUEL I. BERNSTEIN

\s\ Richard H. Bernstein
RICHARD H. BERNSTEIN (P58551)
DAVID M. COHEN (P55883)
Attorneys for Plaintiffs
31100 Northwestern Highway
Farmington Hills, MI 48334
248-737-8400

Dated: May 21, 2007

## CERTIFICATE OF MAILING

The undersigned certifies under penalty of perjury that he served a copy of the foregoing Plaintiff's Response to Defendant's Affirmative Defenses on May 21, 2007, on all counsel of record in accordance with this Court's policies and procedures for service of electronically filed documents.

      s/David M. Cohen
      DAVID M. COHEN