IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN PARALYZED VETERANS
OF AMERICA,

    Plaintiff,

vs.

THE UNIVERSITY OF MICHIGAN,

    Defendant.

Case No. 07-11702
Honorable Sean F. Cox
Magistrate Judge Pepe

FILED
MAY 21 2007
CLERK'S OFFICE
DETROIT

| LAW OFFICES OF SAMUEL I. BERNSTEIN | BUTZEL LONG, PC |
|---|---|
| RICHARD H. BERNSTEIN (P58551) | KEEFE A. BROOKS (P31680) |
| DAVID M. COHEN (P55883) | KATHERINE D. GOUDIE (P62806) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 31100 Northwestern Highway | Stoneridge West |
| Farmington Hills, Michigan 48334 | 41000 Woodward Avenue |
| (248) 737-8400 | Bloomfield Hills, Michigan 48304 |
| | (248) 258-1616 |

## ORDER SCHEDULING FACILITATION AND STATUS CONFERENCE

The Court having held a status conference on May 15, 2007 and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that, pursuant to the parties' agreement, the parties shall facilitate this matter on or before July 16, 2007.

IT IS FURTHER ORDERED that in connection with this facilitation:

a.     The parties shall confer on the selection of a facilitator. In the event they are unable to agree on the selection of a facilitator by May 25, 2007, then on that date each party shall submit three (3) names of proposed facilitators and the Court will select the facilitator;

b. Pursuant to the parties' agreement, Defendant University of Michigan will pay the charges of the facilitator for the facilitation and in exchange, Plaintiff Michigan Paralyzed Veterans of America will waive any potential claim for attorneys' fees incurred in connection with the facilitation;

c. Plaintiff's representatives at the facilitation shall include Michael Harris, Executive Director of the Plaintiff, and an authorized decision-maker from Plaintiff's national affiliate in Washington, D.C., which representatives shall have authority to settle the action, subject only to governing body approval;

d. Defendant's representatives at the facilitation shall include the General Counsel of Defendant and head of the Defendant's Athletic Department, which representatives shall have authority to settle the action;

e. The procedures for the conduct of the facilitation, including the exchange of any submissions or other documents, shall be established by the facilitator.

IT IS FURTHER ORDERED that the parties shall appear for a status conference on July 20, 2007 at 9:00 a.m.

Dated: 5/21/07

_____
United States District Court Judge

Approved as to form:

_____
Richard H. Bernstein
Attorney for Plaintiff

/s/ Keefe A. Brooks
Keefe A. Brooks
Attorney for Defendant