MIE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHIGAN PARALYZED VETERANS OF AMERICA,
          Plaintiff(s),

CASE NUMBER: 07-11702

HONORABLE SEAN F. COX

v.

THE UNIVERSITY OF MICHIGAN,
          Defendant(s).
_____/

## NOTICE OF:
## RESCHEDULED STATUS CONFERENCE

You are hereby notified to appear before the Honorable Sean F. Cox, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 257 |
|---|---|---|
| **WEDNESDAY, AUGUST 8, 2007** | 2:00 P.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon counsel of record on this date July 18, 2007 by ordinary mail and/or electronic mail.

Date: July 18, 2007

s/ Jennifer Hernandez
Deputy Clerk    313-234-2650

dockets.Justia.com